

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00357-CV

Tracey W. **MURPHY**,
Appellant

v.

Sylvia L. **PETERSEN** and Brennan Gill,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 10-01-00010-CVK
Honorable Fred Shannon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent for purposes of this appeal. TEX. R. APP. P. 20.1.

SIGNED November 20, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice